# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Esteban Caraveo-Grageda,<br>a.k.a. Esteban Carabeo-Grajeda<br>a.k.a. Esteban Carabeo Grajeda<br>(A201 288 093)<br>*Defendant* | Case No. 17-9502 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about October 31, 2017, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Esteban Caraveo-Grageda, an alien, was found in the United States of America, at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near San Luis, Arizona, on or about June 18, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey P.S. for AUSA Cassie Bray Woo

☒ Continued on the attached sheet.

*Complainant's signature*
Ian C. Pope
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 1, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Eileen S. Willett
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Ian C. Pope, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 31, 2017, Border Patrol Agent Kraft encountered an individual near Casa Grande, in the District of Arizona. The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Estaban Caraveo-Grageda, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Caraveo-Grageda was transported to the Casa Grande Border Patrol Station for further processing. Caraveo-Grageda was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Estaban Caraveo-Grageda to be a citizen of Mexico and a previously deported alien. Caraveo-Grageda was removed from the United States to Mexico through San Luis, Arizona, on or about June 18, 2013, pursuant to a removal order issued by an immigration official. There is no record of Caraveo-Grageda in any Department of Homeland Security database to suggest that he obtained permission from

1

the Secretary of the Department of Homeland Security to return to the United States after his removal.

4. Furthermore, there is no record of Caraveo-Grageda in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Caraveo-Grageda presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Caraveo-Grageda entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Caraveo-Grageda's immigration history was matched to him by electronic fingerprint comparison.

5. On October 31, 2017, Estaban Caraveo-Grageda was advised of his constitutional rights. Caraveo-Grageda freely and willingly acknowledged his rights and agreed to answer questions or provide a statement under oath. Caraveo-Grageda stated that his true and correct name is Estaban Caraveo-Grageda and that he a citizen of Mexico. Caraveo-Grageda stated that he entered the United States illegally by walking through the desert near Lukeville, Arizona.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 31, 2017, Estaban Caraveo-Grageda, an alien, was found in the United States of

1

America at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Luis, Arizona, on or about June 18, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Ian C. Pope
United States Border Patrol Agent

Sworn to and subscribed before me
this 1st day of November, 2017.

_____
Eileen S. Willett
United States Magistrate Judge